UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

EPHRAIM KIRKPATRICK,

Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

Defendants.

Case No. 3:17-cv-00204-MMD-CBC

ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE CARLA B. CARRY

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla B. Carry ("R&R") (ECF No. 37), recommending that the Court grant Defendants' motion for summary judgment (ECF No. 26). Plaintiff had until May 24, 2019, to file an objection. (ECF No. 37.) To date, no objection to the R&R has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that

district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the R&R without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Carry's R&R. The Court finds good cause to adopt the Magistrate Judge's R&R in full. Plaintiff's claims appear to have been unexhausted at the time he filed the Complaint. (ECF No. 37 at 7.) Moreover, Plaintiff did not file any opposition to Defendant's motion for summary judgment and thus has failed to raise any genuine issue of material fact that would preclude summary judgment.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Carla B. Carry (ECF No. 37) is accepted and adopted in its entirety. Defendants' motion for summary judgment (ECF No. 26) is granted.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 31st day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE